UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Maria A. Rodriguez     JOINT DEBTOR: _____     CASE NO:
Last Four of SS#1471            Last Four of SS# _____

**MONTHLY PLAN PAYMENT:** : Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  36  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 200.00 for months  1  to 36 in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3,500.00 TOTAL PAID $1,500.00
                      Balance Due    $ 2,000.00  payable $ 160.00 /month (Months  1  to 12) and $80.00/Month (Month 13)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property: **NONE.**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description & Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]: **NONE.**

Unsecured Creditors:    Pay $ 20.00 /month (Months 1 to 12 ):
                           Pay $ 100.00 /month (Months 13 to 13 )
                           Pay $ 180.00 /month (Months 14 to 36 ):

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. **5697 NW 194 Ln, Miami Gardens, FL 33055**

    a. **Wells Fargo Bank (Acct: 8801):** Debtor is current with monthly payments for this account and will continue to make payments outside of the bankruptcy plan. Debtor requests that creditor continue to send regular monthly statements and other documentation pertaining to this loan via US Regular Mail.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Maria R._____
Debtor
Date: 09/24/2015

_____
Joint Debtor
Date: _____

LF-31 (rev. 12/01/02)